George B. Gillespie, for appellants; George M. Gillespie and Thomas E. Gillespie, of counsel. William E. Fain, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Henry Zoller, defendant in error, v. James C. Davis, agent for litigation, plaintiff in error. Gen. No. 7,607.**

Action for damages for injuries to crops by overflowing land with surface water, diverted from its natural course by defendant. Judgment against one defendant only for $733.50. Error to the Circuit Court of Logan county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed October 26, 1923.

Covey & Woods, for plaintiff in error; Silas H. Strawn, W. A. Covey and C. H. Woods, of counsel. McCormick & Murphy and Bevan & Bevan, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Wesley Prevette, appellee, v. Emerson M. Brewer, appellant. Gen. No. 7,532.**

Suit for personal injuries by cyclist from collision with automobile. Judgment for plaintiff. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed October 26, 1923.

Green & Palmer and Dobbins & Dobbins, for appellant; Oris Barth and O. B. Dobbins, of counsel. F. T. Carson and Herrick & Herrick, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**Old Colony Life Insurance Company, appellee, v. Harriet J. Hickman et al., appellants. Gen. No. 7,572.**

Interpleader by life insurance company in action between deceased policyholder's beneficiary and creditor claiming under contract with said policyholder. Decree of interpleader granted. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded with directions. Opinion filed October 26, 1923.

George M. Morgan and George W. Kenney, for appellants. George B. & George M. Gillespie and McKinley & Price, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**Smith Fuller et al., appellants, v. D. T. Garber et al., appellees. Gen. No. 7,592.**

Bill by 179 complainants for fraud and conspiracy in sale of stock. Same charges heard in Wilkinson v. Heberling, 231 Ill. App. 516, on same stock against same defendants except that four of said defendants are not proceeded against in this action. Opinion therein held to apply in all matters. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded with directions. Opinion filed October 26, 1923.

A. E. & R. C. De Mange, for appellants. Livingston & Whitmore, C. B. Hughes, Bracken & Young and Morrissey, Sullivan & Rust, for

appellees; Sigmund Livingston, John J. Morrissey and W. W. Whitmore, of counsel.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**Martin K. Duncan, appellee, v. J. Ed Dazey, appellant. Gen. No. 7,596.**

Action for accounting. Facts fully set out in Duncan v. Dazey, 214 Ill. App. 241. Decree for complainant. Appeal from the Circuit Court of Shelby county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the April term, 1923. Reversed in part and remanded in part. Opinion filed October 26, 1923.

Whitaker, Ward & Pugh, for appellant; Brown & Burnside, of counsel. Clive C. Martin and Ulys Pyle, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**John Gossage, appellee, v. Litchfield Creamery Company, appellant. Gen. No. 7,605.**

Action on the case for injuries by collision between defendant's motor truck and plaintiff's wagon in which plaintiff was thrown from wagon. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed October 26, 1923.

Charles G. Wineteer and John G. Friedmeyer, for appellant. Charles S. Gibbs and Oscar J. Putting, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**Lena Spangler, appellee, v. Albert Geiger, appellant. Gen. No. 7,616.**

Action for personal injuries sustained in automobile collision. Judgment for plaintiff. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1923. Reversed and cause remanded. Opinion filed October 26, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Kennedy & Kennedy, Livingston & Whitmore and Oglevee & Franklin, for appellant; Thomas Kennedy, of counsel. Ernest A. Rich, Frank Gillespie and Costigan & Wollrab, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**Faber-Musser Company, appellee, v. William E. Dee Company, appellant. Gen. No. 7,577.**

Suit for damages for breach of contract for purchase of fire brick and fire clay. Judgment for defendant, confirmed on appeal by Appellate Court. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1923. Reversed and cause remanded. Opinion filed October 26, 1923.

Patton & Patton and John M. Quinlan, for appellant; William L. Patton and Henry L. Patton, of counsel. Tichenor, Todd, Wilson & Barnett and Arthur Keithley, for appellee.

Per Curiam.